FILED
CLERK, U.S. DISTRICT COURT

10/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JASON EDDIE COLEMAN,

Petitioner,

v.

DANIEL PARAMO, Warden,

Respondent.

Case No. CV 13-6130 MWF (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a *de novo* review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: October 7, 2015

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE