JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CW _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDDIE COLEMAN,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, Warden,<br><br>    Respondent. | Case No. CV 13-6130 MWF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 7, 2015

/s/ Michael W. Fitzgerald
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE